# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| OLLNOVA TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> EMERSON ELECTRIC CO. AND VERDANT ENVIRONMENTAL TECHNOLOGIES, INC., <br><br> Defendants. | Case No. 6:22-cv-00358-ADA <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Plaintiff Ollnova Technologies Ltd. ("Ollnova") requests that the Court permit withdrawal of Marc Fenster, Reza Mirzaie, Paul A. Kroeger, and Russ August & Kabat LLP as counsel of record and substitute the following attorneys as counsel of record:

>Brett E. Cooper (NY SBN 4011011)
>bcooper@bc-lawgroup.com
>Seth R. Hasenour (TX SBN 24059910)
>shasenour@bc-lawgroup.com
>Drew B. Hollander (NY SBN 5378096)
>dhollander@bc-lawgroup.com
>
>**BC Law Group, P.C.**
>200 Madison Avenue, 24th Floor
>New York, NY 10016
>212-951-0100 (Tel.)
>646-293-2201 (Fax)

Counsel for BC Law Group, P.C. is already counsel of record and previously filed a Notice of Change of Firm Affiliation and Change of Address. Dkt. No. 32. This motion is filed with the agreement of counsel and Ollnova as set forth in the proposed orders attached hereto. Defendants Emerson Electric Co. and Verdant Environmental Technologies, Inc. do not oppose the motion.

| Dated: September 29, 2022 | Respectfully submitted, |
|---|---|
| | By: */s/ Brett Cooper* |
| | Brett E. Cooper<br>(NY SBN 4011011)<br>bcooper@bc-lawgroup.com<br>Seth Hasenour<br>(TX SBN 24059910)<br>shasenour@bc-lawgroup.com<br>Drew B. Hollander<br>(NY SBN 5378096)<br>dhollander@bc-lawgroup.com |
| | **BC LAW GROUP, P.C.**<br>200 Madison Avenue, 24th Floor<br>New York, NY 10016<br>Tel.: (212) 951-0100<br>Fax: (646) 293-2201 |
| | *Attorneys for Plaintiff Ollnova Technologies Ltd.* |

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement and this motion is unopposed.

>*/s/ Brett Cooper*
>Brett E. Cooper

## **CERTIFICATE OF SERVICE**

I certify that this document is being served upon counsel of record for Defendant on September 29, 2022 via electronic service.

>*/s/ Brett Cooper*
>Brett E. Cooper