# EXHIBIT A

✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Western_____    **District of**    _____Texas_____

Ollnova Technologies Ltd.

Plaintiff (s),                    **CONSENT ORDER GRANTING**
V.                                **SUBSTITUTION OF ATTORNEY**

Emerson Electric Co

Defendant (s),                    **CASE NUMBER:**  6:22-cv-00358

Notice is hereby given that, subject to approval by the court,  Ollnova Technologies Ltd.  substitutes
                                                              (Party (s) Name)

Brett Evan Cooper                          , State Bar No.  4011011 (NY)  as counsel of record in
        (Name of New Attorney)

place of   Russ August & Kabat, 12424 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025    .
                    (Name of Attorney (s) Withdrawing Appearance)


Contact information for new counsel is as follows:

Firm Name:      BC Law Group, P.C.

Address:        200 Madison Avenue, 24th Floor, New York, NY 10016

Telephone:                                    Facsimile

E-Mail (Optional):  bcooper@b-clg.com

I consent to the above substitution.

Date:        9/5/2022
                                                    (Signature of Party (s))

I consent to being substituted.

Date:        9/6/2022
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.

Date:
                                                    (Signature of New Attorney)


The substitution of attorney is hereby approved and so ORDERED.

Date:
                                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**