# EXHIBIT B

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Western_____ **District of** _____Texas_____

Ollnova Technologies Ltd.  
             Plaintiff (s),  
V.  
Emerson Electric Co  
             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 6:22-cv-00358

Notice is hereby given that, subject to approval by the court, __Ollnova Technologies Ltd.__ substitutes  
(Party (s) Name)

__Seth Hasenour__, State Bar No. __24059910 (TX)__ as counsel of record in  
(Name of New Attorney)

place of __Russ August & Kabat, 12424 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025__.  
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      BC Law Group, P.C.  
    Address:      200 Madison Avenue, 24th Floor, New York, NY 10016  
    Telephone:           Facsimile  
    E-Mail (Optional):      shasenour@b-clg.com

I consent to the above substitution.  
Date: 9/5/2022  
                                                  (Signature of Party (s))

I consent to being substituted.  
Date: 9/6/2022  
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.  
Date:  
                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                 Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**