# EXHIBIT C

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

<u>Western</u> **District of** <u>Texas</u>

<u>Ollnova Technologies Ltd.</u>
          Plaintiff (s),
V.
<u>Emerson Electric Co</u>
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: <u>6:22-cv-00358</u>

Notice is hereby given that, subject to approval by the court, <u>Ollnova Technologies Ltd.</u> substitutes
    (Party (s) Name)

<u>Drew Hollander</u>, State Bar No. <u>5378096 (NY)</u> as counsel of record in
(Name of New Attorney)

place of <u>Russ August & Kabat, 12424 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025</u>.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    BC Law Group, P.C.
    Address:    200 Madison Avenue, 24th Floor, New York, NY 10016
    Telephone:        Facsimile:
    E-Mail (Optional):    dhollander@b-clg.com

I consent to the above substitution.
Date: 9/5/2022
                                                              (Signature of Party (s))

I consent to being substituted.
Date: 9/6/2022
                                                               (Signature of Former Attorney (s))

I consent to the above substitution.
Date:
                                                               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
                                                               Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**