# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| OLLNOVA TECHNOLOGIES LTD., | |
| Plaintiff, | Case No. 6:22-cv-00358-ADA |
| v. | **JURY TRIAL DEMANDED** |
| EMERSON ELECTRIC CO. AND VERDANT ENVIRONMENTAL TECHNOLOGIES, INC., | |
| Defendants. | |

## ORDER GRANTING OLLNOVA'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Upon consideration of Plaintiff Ollnova's Unopposed Motion to Withdraw and Substitute Counsel, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that Marc Fenster, Reza Mirzaie, Paul A. Kroeger, and Russ August & Kabat LLP is withdrawn as counsel of record and substituted with Brett Cooper, Seth Hasenour, Drew Hollander, and BC Law Group, P.C.

SIGNED on this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE